IN THE UNITED STATES BANKRUPTY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO.: 12-07143-ESL |
|---|---|
| MARIA DEL PILAR RODRIGUEZ LOPEZ | CHAPTER-13- |
| DEBTOR(S) | |

## REPLY TO TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE COURT:

**COMES NOW DEBTOR(S)**, through the undersigned attorney and to this Honorable Court respectfully states and prays as follows:

1. On November 14, 2014, the Chapter 13 Trustee filed a motion to dismiss stating that debtor is in arrears equal to $300.00 and that no tax refunds have been received.

2. On December 11, 2014 debtor submits 2012 and 2013 taxes to the Trustee through the Trustee's Upload Document Program (UDP). Debtor did not receive any tax refunds for the years 2012 and 2013 taxes

3. Debtor hereby respectfully submits evidence of financial summary which reflects that she is up to date with her monthly payments of the Chapter 13 Payment Plan.

WHEREFORE it is respectfully requested from this Honorable Court to take notice of the above stated situation and deny the Motion to Dismiss filed by the Chapter 13 Trustee.

CERTIFICATE OF SERVICE: I hereby certify that the foregoing motion has been filed with the Clerk of the court using the CM/ECF system that will electronically notify parties in interest and to Chapter 13, Alejandro Oliveras and US Trustee Office. Non CM/ECF participants that are interested parties will be notified by regular US Postal Service.

In Cayey, Puerto Rico this 11th day of December, 2014

/s/Miriam A. Murphy Lightbourn
MIRIAM A. MURPHY LIGHTBOURN
P.O. BOX 372519
CAYEY, PUERTO RICO 00737-2519
TEL. :( 787)263-2377; FAX: (787)738-4667
mamurphyli82@gmail.com

**FINANCIAL SUMMARY - CASE 12-07143**

MARIA DEL PILAR RODRIGUEZ LOPEZ paying **$300.00** MONTHLY

Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All

Limits: Select Start Date ▼  Select Claim ID ▼  Select Payee Name ▼  Check Status: Cleared Stale Dated Stop Payment Cancelled Voided Outstanding

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 10/16/2012 | 0653 00281 0090 | LOCKBOX PAYMENT | $300.00 |
| 11/16/2012 | 0503 00500 3786 | LOCKBOX PAYMENT | $300.00 |
| 12/18/2012 | 0502 00220 7717 | LOCKBOX PAYMENT | $300.00 |
| 1/15/2013 | 0501 00310 0090 | LOCKBOX PAYMENT | $300.00 |
| 2/21/2013 | 0500 00160 0090 | LOCKBOX PAYMENT | $300.00 |
| 3/19/2013 | 0659 00161 0090 | LOCKBOX PAYMENT | $300.00 |
| 4/18/2013 | 0655 00321 0090 | LOCKBOX PAYMENT | $300.00 |
| 5/20/2013 | 0655 00201 0090 | LOCKBOX PAYMENT | $300.00 |
| 6/19/2013 | 0654 00721 0090 | LOCKBOX PAYMENT | $300.00 |
| 7/18/2013 | 0658 00181 0090 | LOCKBOX PAYMENT | $300.00 |
| 8/19/2013 | 0656 00361 0090 | LOCKBOX PAYMENT | $300.00 |
| 9/19/2013 | 0656 00441 0090 | LOCKBOX PAYMENT | $300.00 |
| 10/18/2013 | 0658 00441 0090 | LOCKBOX PAYMENT | $300.00 |
| 11/21/2013 | 0651 00521 9646 | LOCKBOX PAYMENT | $300.00 |
| 12/19/2013 | 0655 00121 0090 | LOCKBOX PAYMENT | $300.00 |
| 1/21/2014 | 0659 00141 0090 | LOCKBOX PAYMENT | $300.00 |
| 2/21/2014 | 0654 00041 9762 | LOCKBOX PAYMENT | $300.00 |
| 3/20/2014 | 0663 00181 0090 | LOCKBOX PAYMENT | $300.00 |
| 4/15/2014 | 0651 00481 0090 | LOCKBOX PAYMENT | $300.00 |
| 5/19/2014 | 0657 00441 0090 | LOCKBOX PAYMENT | $300.00 |
| 6/30/2014 | 0500 00310 0090 | LOCKBOX PAYMENT | $300.00 |
| 7/17/2014 | 0600 00141 0090 | LOCKBOX PAYMENT | $300.00 |
| 8/19/2014 | 0651 00026 0090 | LOCKBOX PAYMENT | $300.00 |
| 9/18/2014 | 0506 00007 0090 | LOCKBOX PAYMENT | $300.00 |
| 10/20/2014 | 0714 86700 0003 | LOCKBOX PAYMENT | $300.00 |
| 11/21/2014 | 0714 86706 0003 | LOCKBOX PAYMENT | $300.00 |
| | | **Totals:** | **$7,800.00** $0.00 |